# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANCES ELAINE LAWRENCE, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-15-52-F |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on March 11, 2016, recommending that defendant's final decision denying plaintiff's application for disabled widow insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434 be reversed and remanded. Magistrate Judge Goodwin advised the parties of their right to file written objections to the Report and Recommendation by March 25, 2016 and further advised that failure to timely object waives the right to appellate review of the factual and legal issues addressed.

To date, no party has filed an objection or sought an extension of time to file an objection. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on March 11, 2016 (doc. no. 24) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration,

denying plaintiff, Frances Elaine Lawrence's application for disabled widow insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434, is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

DATED March 28, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0052p002.wpd